*In re* **Hall**, Dennis Linly (MR 19204)
Phoenix, Arizona

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission to impose reciprocal discipline pursuant to Supreme Court Rule 763 is allowed, and respondent Dennis Linly Hall, who has been disciplined in the State of Arizona, is censured and placed on probation for one year in the State of Illinois subject to the conditions of his probation in Arizona.